**NOTE: CHANGES MADE BY COURT**

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| AURORA GUERRA, an individual,<br><br>                  Plaintiff,<br><br>          v.<br><br>ALLIANCE HUMAN SERVICES,<br>INC., a Massachusetts corporation;<br>and DOES 1 through 50, inclusive,<br><br>                  Defendants. | Case No.  5:23-cv-00785-FWS-SP<br><br>[San Bernardino County Superior Court<br>Case No. CIVSB2229005]<br><br>__**Assigned To For All Purposes:**__<br>District Court Judge Fred W. Slaughter<br><br>**ORDER RE STIPULATION FOR<br>DISMISSAL**<br><br>Complaint Filed:      October 31, 2022<br>Date of Removal:    May 3, 2022 |

///

///

///

1

## <u>ORDER</u>

2      Having reviewed and considered the Stipulation for Dismissal [24]

3  ("Stipulation"), filed by Plaintiff AURORA GUERRA ("Plaintiff") and Defendant

4  ALLIANCE HUMAN SERVICES, INC. ("Defendant"), the files and records of

5  the case, the applicable law, and good cause appearing, the court **GRANTS** the

6  Stipulation and **ORDERS** the following:

7

8           All claims in the above-captioned case against Defendant ALLIANCE

9           HUMAN SERVICES, INC. are **DISMISSED WITH PREJUDICE**.

10

11      **IT IS SO ORDERED**.

12

13

14    Dated:  November 7, 2023     _____

15                                   Hon. Fred W. Slaughter
                                     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2